UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

JOHN WILEY & SONS, INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

              Plaintiffs,

   -against-

CHOKCHAI USAWINCHAI AND
DUANGNAPA USAWINCHAI BOTH D/B/A
SPEEDYTEXT D/B/A NAT-U
AND JOHN DOES NOS. 1-5,

              Defendants.

------------------------------x

**08 CIV 6472**



RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 7/18/08

SIGNATURE OF ATTORNEY