JUDGE HOLWELL

08 CIV 6472

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

JOHN WILEY & SONS, INC., AND      :
THE MCGRAW-HILL COMPANIES, INC.,
                                  :
            Plaintiffs,
                                  :
     -against-                          08 Civ.
                                  :
CHOKCHAI USAWINCHAI AND
DUANGNAPA USAWINCHAI BOTH D/B/A   :
SPEEDYTEXT D/B/A NAT-U
AND JOHN DOES NOS. 1-5,           :

            Defendants.           :
- - - - - - - - - - - - - - - - - -x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

RECEIVED JUL 21 2008 U.S.D.C. S.D.N.Y CASHIERS

DATE: 7/18/08

_____
SIGNATURE OF ATTORNEY
William Dunnegan