| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|

| ATTORNEY FOR *(Name):* **PLAINTIFF** | Ref. No. or File No. **884** | |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: **UNITED STATES DISTRICT COURT** | | |

PLAINTIFF:

**JOHN WILEY & INC. AND THE MCGRAW-HILL COMPANIES, INC.**

DEFENDANT:

**USAWINCHAI**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: **08 CIV 6472** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**SUMMONS & COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOLWELL**

PERSON/ENTITY SERVED: **CHOKHAI USAWINCHAI**

DATE OF POSTING: **August 14, 2008**
TIME OF POSTING: **11:45 am**

ADDRESS OF PROPERTY: **15123 BROOKHURST STREET, #127**
**WESTMINSTER, CA 92683**
**(HOME)**

MANNER OF SERVICE:

**By posting in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at property address.**

Fee for Service: **$35.00**

Registered California process server.
County: **ORANGE**
Registration No.: **PSC-1017**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **August 20, 2008** at **LOS ANGELES**, California.

Signature: _____

**W. ADAM**

982(a)(23)[New July 1, 1987]

11208-2/BProof8

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
| ATTORNEY FOR *(Name)*: **PLAINTIFF** | Ref. No. or File No. **884** | |

Insert name of court, judicial district or branch court, if any:
**UNITED STATES DISTRICT COURT**

PLAINTIFF:
**JOHN WILEY & INC. AND THE MCGRAW-HILL COMPANIES, INC.**

DEFENDANT:
**USAWINCHAI**

| DECLARATION RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: **08 CIV 6472** |
|---|---|---|---|---|

I received the within process on July 24, 2008 and that after due and diligent effort I have been able to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5(a)(4)(B).

**Party Served:** CHOKHAI USAWINCHAI

**Residence:** 15123 BROOKHURST STREET, #127, WESTMINSTER, CA 92683

**Business:** Business address was not known at the time of service.

As enumerated below:

| | | |
|---|---|---|
| July 25, 2008 | 09:02 pm | NO ANSWER (RESIDENCE). THIS IS THE CIN CREEK APARTMENTS. |
| July 26, 2008 | 08:36 pm | NO ANSWER (RESIDENCE), NO ACTIVITY. |
| July 28, 2008 | 10:25 am | NO ANSWER (RESIDENCE). |
| July 29, 2008 | 08:47 am | NO ANSWER (RESIDENCE). |
| July 31, 2008 | 06:45 am | NO ANSWER (RESIDENCE). |
| August 14, 2008 | 11:45 am | POSTED PROPERTY IN A CONSPICUOUS PLACE & MAILED DOCUMENTS TO SERVEE. |

**Person serving** (name, address, and telephone number):
W. ADAM
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY
ATLANTA, GA 30328
(770) 984-7007

**Fee** for service:
Registered California process server.
  Employee or independent contractor
  Registration No.: PSC-1017
  County: ORANGE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **August 20, 2008**

W. ADAM

982(a)(23) [New July 1, 1987]    **DECLARATION REGARDING DILIGENCE**    Code Civ. Proc., §417.10(f)

11208-2/afpdd