| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|

| ATTORNEY FOR (Name): **PLAINTIFF** | Ref. No. or File No. **883** | |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**

PLAINTIFF:
**JOHN WILEY & INC. AND THE MCGRAW-HILL COMPANIES, INC.**

DEFENDANT:
**USAWINCHAI**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: **08 CIV 6472** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**SUMMONS & COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOLWELL**

PERSON/ENTITY SERVED: **DUANGNAPA USAWINCHAI**

DATE OF POSTING: **August 14, 2008**
TIME OF POSTING: **11:45 am**

ADDRESS OF PROPERTY: **15123 BROOKHURST STREET, #127
WESTMINSTER, CA 92683
(HOME)**

MANNER OF SERVICE:
**By posting in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at property address.**

Fee for Service: **$75.00**

Registered California process server.
County: **ORANGE**
Registration No.: **PSC-1017**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **August 20, 2008** at **LOS ANGELES**, California.

Signature: _____

**W. ADAM**

982(a)(23)[New July 1, 1987]   11208-1/BProof8